Prob 12B

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

## PETITION TO MODIFY THE CONDITIONS OR TERM OF SUPERVISION
## WITH CONSENT OF THE OFFENDER

*(Probation Form 49, Waiver of Hearing, is on file)*

| | |
|---|---|
| **Offender Name:** | Thomas Gilbert WILSON |
| **Docket Number:** | 1:08CR00121-001 |
| **Offender Address:** | Delano, California |
| **Judicial Officer:** | Honorable Anthony W. Ishii<br>Chief United States District Judge<br>Fresno, California |
| **Original Sentence Date:** | 11/17/2008 |
| **Original Offense:** | 18 USC 371 - Conspiracy to Manufacture and Possess Counterfeit Currency and to Possess Images for Counterfeiting   (CLASS D FELONY) |
| **Original Sentence:** | 30 mos. BOP; 36 mos. TSR; $100 special assessment; $6,700 restitution; mandatory drug testing and collection of DNA |
| **Special Conditions:** | Warrantless search; financial disclosure; no new credit charges or open additional lines of credit without probation officer approval; drug aftercare; drug testing; and, $25 co-payment |
| **Type of Supervision:** | Supervised Release |
| **Supervision Commenced:** | 06/25/2010 |
| **Assistant U.S. Attorney:** | Kirk E. Sherriff         **Telephone:** (559) 497-4000 |
| **Defense Attorney:** | John S. Dulcich         **Telephone:** (661) 721-7089 |

**RE:**   Thomas Gilbert WILSON
        Docket Number:  1:08CR00121-001
        <u>PETITION TO MODIFY THE CONDITIONS OR TERM
        OF SUPERVISION WITH CONSENT OF THE OFFENDER</u>

**Other Court Action:**

<u>09/15/2010</u>:                    Probation Form 12B submitted requesting modification of conditions to include residence in a residential re-entry center not to exceed 120 days.

---

## PETITIONING THE COURT

**To modify the conditions of supervision as follows:**

> The defendant shall reside and participate in a residential re-entry center, for a period up to 120 days; said placement shall commence as directed by the probation officer pursuant to 18 USC 3563(b)(11).  The defendant shall pay cost of confinement as determined by the Bureau of Prisons.

**Justification:**   On March 3, April 28, May 12 and 19, June 7, 10, 17 and 24, 2011, the releasee failed to report for random drug testing at the Legacy Behavioral Service as instructed by the probation officer.

Furthermore, the releasee has failed to submit monthly restitution payments for the months of April, May and June 2011.

Despite numerous attempts by the probation officer to bring the releasee into compliance, he continues to miss testing appointments.  As a result, the releasee signed a Probation Form 49 - Waiver of Hearing to Modify Conditions of Supervised Release, agreeing to reside and participate in a residential re-entry center for a period not to exceed 120 days.

RE:  Thomas Gilbert WILSON
     Docket Number:  1:08CR00121-001
     **PETITION TO MODIFY THE CONDITIONS OR TERM**
     **OF SUPERVISION WITH CONSENT OF THE OFFENDER**


                    Respectfully submitted,

                    /s/ Frank Esquivel

                    **FRANK ESQUIVEL**
                    **Senior United States Probation Officer**
                    Telephone:  (661) 861.4354

DATED:    July 19, 2011
          Bakersfield, California
          FE:dk

                    /s/ Thomas A. Burgess
**REVIEWED BY:**    _____
                    **THOMAS A. BURGESS**
                    **Supervising United States Probation Officer**

---

**THE COURT ORDERS:**

( **X** )   Modification approved as recommended.

(  )   Modification not approved at this time.  Probation Officer to contact Court.

(  )   Other:

cc:    United States Probation
       Kirk E. Sherriff, Assistant United States Attorney
       John S. Dulcich, Defense Counsel
       Defendant
       Court File
IT IS SO ORDERED.

Dated:   July 22, 2011                        _____
                                              CHIEF UNITED STATES DISTRICT JUDGE